Prob12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jose Ramos            **Docket Number:** 01-00599-001
                                                                             **PACTS Number:** 29488

**Name of Sentencing Judicial Officer:** Honorable John C. Lifland

**Date of Original Sentence:** 03/07/2002

**Original Offense:** Importation of Heroin

**Original Sentence:** 100 months imprisonment, four years supervised release, drug and mental health treatment.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 12/07/07

**Assistant U.S. Attorney:** Nancy Hoppock (for assignment), 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Lorraine Gauil-Rufo, 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On July 4, 2010, Ramos was arrested in Groton, Connecticut and charged with burglary in the 2nd degree, possession of a dangerous weapon (butcher knife), possession of a controlled dangerous substance, criminal trespass, and larceny. |
| 2 | The offender has violated the standard supervision condition which states '**You shall not unlawfully possess a controlled substance.**'<br><br>The offender was in possession of six amphetamine pills at the time of his arrest. |
| 3 | The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without permission.**' |

PROB 12C - Page 2
Jose Ramos

On July 4, 2010, Ramos was in Connecticut without the permission of his probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 11/18/10

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge

12/17/10
Date